SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  James P. Hill, CA SBN 90478 (Pro Hac Vice)
  Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone:  (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>Debtor.<br><br>Affects:<br>☒ All Debtors<br><br>WILLIAM A. LEONARD, JR., Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS USA SPE, LLC, a Delaware Limited Liability Company; PLATINUM FINANCIAL TRUST, LLC; an Indiana Limited Liability Company<br><br>Defendants. | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>ADV. CASE NO.  13-01196-rcj<br><br>**NOTICE OF LIS PENDENS FLORIDA STATUTE §48.23**<br><br>Ctrm:  RCJ - Courtroom 6<br>       Bruce R. Thompson Federal Building<br>       400 S. Virginia Street<br>       Reno, NV 89501<br>Judge: Hon. Robert C. Jones |

- 1 -

357487-v1

NOTICE IS HEREBY GIVEN that the above-captioned action has been filed in the United States Bankruptcy Court for the District of Nevada and is now pending in that court. Pursuant to Florida Statute Annotated § 48.23(c) the following is provided:

a. **Names of Parties:**

William A. Leonard, Jr., chapter 7 trustee of Asset Resolution, LLC and chapter 7 trustee of HFAH Monaco SPE, LLC; Compass USA SPE, LLC; Platinum Financial Trust, LLC.

b. **The date of the institution of the action, the date of the clerk's electronic receipt, or the case number of the action:**

Filed October 23, 2013; Case No: 13-01196-rcj

c. **The name of the court in which the action is pending:**

United States Bankruptcy Court for the District of Nevada.

d. **A description of the property involved or to be affected:**

See Exhibit "A" attached hereto and incorporated herein by reference.

e. **A statement of the relief sought as to the property:**

To restore title to the property to plaintiff and to avoid the lien purportedly created by recordation of a judgment.

Dated: October 23, 2013

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: /s/ James P. Hill
James P. Hill
Jonathan S. Dabbieri
Elizabeth E. Stephens
Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

- 2 -

357487-v1

1  STATE OF CALIFORNIA        }
2                             } ss.
3  COUNTY OF SAN DIEGO        }
4
5      On October 23, 2013, before me, Jennifer Louise Saurer, a Notary Public, personally
6  appeared Jonathan S. Dabbieri who proved to me on the basis of satisfactory evidence to be the
7  person whose name is subscribed to the within instrument and acknowledged to me that he/she/they
8  executed the same in his/her/their authorized capacity, and that by his signature on the instrument the
9  person, or the entity upon behalf of which the person acted, executed the instrument.
10     I certify under PENALTY OF PERJURY under the laws of the State of California that the
11 foregoing paragraph is true and correct.
12 WITNESS my hand and official seal.

JENNIFER LOUISE SAURER
Commission # 2027300
Notary Public - California
San Diego County
My Comm. Expires Jun 3, 2017

15 Signature _Jennifer Louise Saurer_ (Seal)

- 3 -

357487-v1

**EXHIBIT A**

EXHIBIT "A"

LEGAL DESCRIPTION OF PROPERTY

PARCEL 1:

Beginning at a point of the North side of First Street 140 feet West 35 degrees South of the Southeast corner of Lot 5, Block 4, HOMESTEAD OF JAMES EVANS, according to the map or plat of said Homestead on file and recorded in the Office of the Clerk of the Circuit Court in and for Lee County, Florida, in Plat Book 1, Page 23; thence East 35 degrees North along the North side of First Street 209 feet, thence North 35 degrees West for 309 feet to the Caloosahatchee River, thence Westerly along the bank of said river for a distance of 209 feet, more or less, to a point North 35 degrees West of the point of beginning; thence South 35 degrees East to the point of beginning.

PARCEL 2:

Beginning at a point on the North side of First Street 69 feet East 35 degrees North of the Southeast corner of Lot 5, Block 4 of the HOMESTEAD OF JAMES EVANS, according to the map or plat of said homestead on file and recorded in the office of the Clerk of the Circuit Court, in and for Lee County, Florida, in Plat Book 1, Page 23, thence East 35 degrees North along the North side of First Street 75 feet, thence North 35 degrees West to the Caloosahatchee River, thence Westerly along the bank of said river to a point North 35 degrees West of the point of beginning, thence South 35 degrees East to the point of beginning.

Also:

Beginning on the North side of First Street at a point 144 feet East 34½ degrees North from the Southeast corner of Lot 5 of Block 4 of that certain subdivision known as HOMESTEAD OF JAMES EVANS, according to the map or plat thereof on file and recorded in the Office of the clerk of the Circuit Court of Lee County, Florida, in Plat Book 1, at Page 23; thence Easterly along the Northerly side of First Street a distance of 176.15 feet; thence Northwesterly at right angles to First Street a distance of 325 feet, more or less, to the Caloosahatchee River; thence Westerly along the South side of said Caloosahatchee River a distance of 176.15 feet, more or less, to a point on a line which extends from the point of beginning Northwesterly at right angles to First Street; thence Southeasterly at right angles to First Street a distance of 325 feet, more or less, to the point of beginning.

PARCEL 3:

Beginning at a point on the Northerly side of First Street 142.9 feet Westerly of the Southeast corner of Lot 5 of Block 4, of the HOMESTEAD OF JAMES EVANS, according to the map or plat of said Homestead on file and recorded in the Office of the Clerk of the Circuit Court in and for Lee County, Florida, in Plat Book 1, at Page 23; thence Easterly along the Northerly side of

26

First Street 2.9 feet; thence North 35 degrees West to the Caloosahatchee River; thence Westerly along the bank of said river a distance of 3.9 feet; thence Southerly to the point of beginning.

EXCEPTING THEREFROM:

That portion of Block 4, Homestead of James Evans, Section 13, Township 44 South, Range 24 East, City of Fort Myers, Florida, as shown on plat recorded in Plat Book 1 at Page 23, Lee County records.

Being described as follows:

From the Southeast corner of Lot 5, said Block 4 run North 58 degrees 09' 11" East along the Northerly line of First Street (60 feet wide) for 320.15 feet to the Easterly most corner of lands described in deed recorded in Official Records Book 1586 at Page 1179, Lee County Records and the Point of Beginning.

From said Point of Beginning run South 58 degrees 09' 11" West along the last mentioned course for 176.15 feet; thence run North 31 degrees 50' 49" West (perpendicular to said North line of First Street) for 283.25 feet more or less to the Mean High Water Line of the Caloosahatchee River and the Northerlymost extension of an existing seawall; thence run along said Mean High Water Line and said seawall the following courses; North 65 degrees 07' 27" East for 9.07 feet, North 19 degrees 37' 35" West for 43.26 feet, North 58 degrees 40' 08" East for 123.35 feet and North 66 degrees 45' 55" East for 35.4 feet to a point on a line bearing North 31 degrees 50' 49" West and passing through said Point of Beginning, said line being on a perpendicular to said North line of First Street; thence run South 31 degrees 50' 49" East for 318.07 feet more or less to the Point of Beginning.

27