| | |
|---|---|
| 1  SULLIVAN, HILL, LEWIN, REZ & ENGEL | **Electronically Filed: January 7, 2014** |

1  SULLIVAN, HILL, LEWIN, REZ & ENGEL     **Electronically Filed: January 7, 2014**
   A Professional Law Corporation
2    James P. Hill, CA SBN 90478 (Pro Hac Vice)
     Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)
3    Elizabeth E. Stephens, NV SBN 5788
   228 South Fourth Street, First Floor
4  Las Vegas, NV 89101
   Telephone:  (702) 382-6440
5  Fax Number: (702) 384-9102

6  Attorneys for Chapter 7 Trustee,
   William A. Leonard, Jr.
7

8                     UNITED STATES BANKRUPTCY COURT

9                           DISTRICT OF NEVADA

10

| | |
|---|---|
| In re | CASE NO. BK-S-09-32824-RCJ (Lead Case) |
| ASSET RESOLUTION, LLC, | Jointly Administered with Case Nos.: BK-S-09-32831-RCJ; BK-S-09-32839-RCJ; BK-S-09-32843-RCJ; BK-S-09-32844-RCJ; BK-S-09-32846-RCJ; BK-S-09-32849-RCJ; BK-S-09-32851-RCJ; BK-S-09-32853-RCJ; BK-S-09-32868-RCJ; BK-S-09-32873-RCJ; BK-S-09-32875-RCJ; BK-S-09-32878-RCJ; BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| Debtor. | |
| | Chapter 7 |
| WILLIAM A. LEONARD, JR., Chapter 7 Trustee, | ADV. CASE NO.  13-01196-RCJ |
| Plaintiff, | **STANDARD DISCOVERY PLAN** |
| v. | **Adversary Scheduling Conference** |
| COMPASS USA SPE, LLC, a Delaware Limited Liability Company; PLATINUM FINANCIAL TRUST, LLC; an Indiana Limited Liability Company | **Date:  February 13, 2014** **Time: 9:00 a.m.** Ctrm:   TBD           Lloyd D. George U.S. Courthouse           333 Las Vegas Blvd. South           Las Vegas, NV 89101 |
| Defendants. | Judge: Hon. Robert C. Jones |

- 1 -

359142-v1

- 2 -

1. **Discovery Plan:**

     __X__ **A discovery plan is needed or useful in this case.**

     __X__ The parties agree to the standard discovery plan and scheduling order. The first defendant answered or otherwise appeared on <u>November 22, 2013</u>. Discovery shall be completed within 210 days, measured from the date the first defendant answered or otherwise appeared. Discovery will close by <u>June 20, 2014</u>.

2. **Nature of Case.** This is a suit brought to require Compass USA SPE, LLC to turn over title of real property to ARC and to determine whether ARC's title is senior to Platinum's claimed lien as Compass' judgment creditor. Platinum denies that ARC is entitled to the property and additionally claims that even if ARC is entitled to the property that it takes it subject to the lien. The underlying transactions are highly complex and fact driven.

3. **Jury Trials:** Check one:

     ____ A demand for jury trial has not been made.

     ____ A demand for a jury trial has been made pursuant to Fed.R.Civ.P.38(b), and in conformity with LR 9015, but one or more of the parties does not consent to a jury trial pursuant to 28 U.S.C. §157(e).

     __X__ It is expressly understood by the undersigned parties they have demanded a jury trial pursuant to Fed.R.Civ.P. 38(b).

     An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before <u>July 15, 2014</u>.

     An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the court on voir dire shall be submitted to the clerk for filing on or before <u>July 15, 2014</u>.

4. **Additional Pleadings:** Are there any counterclaims, cross claims or amendments to the pleadings expected to be filed?

     ____ Yes

     __X__ No. Not at this time. Until substantial discovery is taken it is difficult to predict whether third party, counter or cross claims will be asserted.

- 3 -

1    **5.**    Settlement Conference:

2        ____ A Settlement conference is requested.

3        __X__ Settlement cannot be evaluated prior to additional discovery. The parties may later
4 request a settlement conference.

5    **6.**    **Trial:** The case should be ready for trial by <u>August 15, 2014</u> and should take 3 to 5 day(s).

6    **7.**    All parties ☒ consent/ ☐ do not consent to this Court entering final judgment.

8 Dated: January 7, 2014                 Dated: January 7, 2014

9 SULLIVAN, HILL, LEWIN, REZ & ENGEL     WOLF, RIFKIN, SHAPIRO, SCHULAN, &
A Professional Law Corporation              RABKIN, LLP

By:    */s/ Jonathan S. Dabbieri*            By:    */s/ Royi Moas*
      James P. Hill                                    John Samberg
      Jonathan S. Dabbieri                      Royi Moas
      Elizabeth E. Stephens                  Attorneys for Platinum Financial Trust,
      Attorneys for Chapter 7 Trustee,         LLC
      William A. Leonard, Jr.

- 3 -

359142-v1