1  **WOLF, RIFKIN, SHAPIRO,**
   **SCHULMAN & RABKIN, LLP**
2  JOHN SAMBERG, ESQ.
   Nevada Bar No. 10828
3  ROYI MOAS, ESQ.
   Nevada Bar No. 10686
4  3556 E. Russell Road, Second Floor
   Las Vegas, Nevada 89120
5  jsamberg@wrslawyers.com
   rmoas@wrslawyers.com
6  (702) 341-5200/Fax: (702) 341-5300
7
8  *Attorneys for Platinum Financial Trust, LLC*

9  **UNITED STATES BANKRUPTCY COURT**

10 **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re | CASE NO. BK-S-09-32824-RCJ (Lead Case) |
| ASSET RESOLUTION, LLC, | Jointly Administered with Case Nos.: BK-S-09-32831-RCJ; BK-S-09-32839-RCJ; BK-S-09-32843-RCJ; BK-S-09-32844-RCJ; BK-S-09-32846-RCJ; BK-S-09-32849-RCJ; BK-S-09-32851-RCJ; BK-S-09-32853-RCJ; BK-S-09-32868-RCJ; BK-S-09-32873-RCJ; BK-S-09-32875-RCJ; BK-S-09-32878-RCJ; BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| Debtor. | |
| Affects:<br><br>■All Debtors | |
| WILLIAM A. LEONARD, JR., Chapter 7 Trustee, | Chapter 7 |
| Plaintiff, | **ADV. CASE NO. 13-01196-rcj** |
| v. | **DEFENDANT PLATINUM FINANCIAL TRUST'S DEMAND FOR JURY TRIAL** |
| COMPASS USA SPE, LLC, a Delaware Limited Liability Company; PLATINUM FINANCIAL TRUST, LLC; an Indiana Limited Liability Company | Ctrm:   RCJ - Courtroom 6<br>          Bruce R. Thompson Federal Building<br>          400 S. Virginia Street<br>          Reno, NV 89501 |
| Defendants. | Judge: Hon. Robert C. Jones |

**COMES NOW** DEFENDANT PLATINUM FINANCIAL TRUST, LLC, an Indiana limited liability company ("Defendant"); by and through its counsel of record Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and pursuant to LR 9015(b) and Fed. R. Civ. P. 38(b) hereby

DEMAND FOR JURY TRIAL

respectfully requests a jury trial for this adversary case.

DATED this 7th day of January, 2014.

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

By:      */s/ John Samberg, Esq.*
JOHN SAMBERG, ESQ.
Nevada Bar No. 10828
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
rmoas@wrslawyers.com
(702) 341-5200/Fax: (702) 341-5300
*Attorneys for Platinum Financial Trust, LLC*

## CERTIFICATE OF SERVICE

On January 7, 2014, I served the foregoing documents described as **DEFENDANT PLATINUM FINANCIAL TRUST'S DEMAND FOR JURY TRIAL** on the following individuals by:

■ VIA ECF FILING: by electronically mailing to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

TRUSTEE
WILLIAM A. LEONARD, JR
dabbieri@sullivanhill.com

James P. Hill
Jonathan S. Dabbieri
Elizabeth E. Stephens
SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
dabbieri@sullivanhill.com

and by:

■ MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

COMPASS USA SPE, LLC
C/O LAXALT & NOMURA, LTD
9600 GATEWAY DRIVE
RENO, NV 89521
PRO SE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Christine McCaulley*

*Christine McCaulley*, An employee of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP