SULLIVAN, HILL, LEWIN, REZ & ENGEL  
A Professional Law Corporation  
  James P. Hill, CA SBN 90478 (Pro Hac Vice)  
  Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)  
  Elizabeth E. Stephens, NV SBN 5788  
228 South Fourth Street, First Floor  
Las Vegas, NV 89101  
Telephone: (702) 382-6440  
Fax Number: (702) 384-9102  

**Electronically Filed: January 30, 2014**

Attorneys for Chapter 7 Trustee,  
William A. Leonard, Jr.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>            Debtor.<br><br>Affects:<br>☒ All Debtors<br><br>WILLIAM A. LEONARD, JR., Chapter 7 Trustee,<br><br>            Plaintiff,<br><br>v.<br><br>COMPASS USA SPE, LLC, a Delaware Limited Liability Company; PLATINUM FINANCIAL TRUST, LLC; an Indiana Limited Liability Company<br><br>            Defendants. | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>ADV. CASE NO. 13-01196-RCJ<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST COMPASS USA SPE, LLC**<br><br>Ctrm:  RCJ - Courtroom 6<br>        Bruce R. Thompson Federal Building<br>        400 S. Virginia Street<br>        Reno, NV 89501<br>Judge:  Hon. Robert C. Jones |

      Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure ("FRBP") and Rule 55 of the Federal Rules of Civil Procedure ("FRCP"), named Plaintiff William A. Leonard, Jr., Chapter 7 Trustee ("Plaintiff"), respectfully requests the Clerk to execute the attached Entry of Default. In support of its request, Plaintiff alleges as follows:

- 1 -

359678-v1

1.   On or about October 23, 2013, Plaintiff filed a Complaint (the "Complaint") against Defendant Compass USA SPE, LLC ("Defendant") seeking recovery of all rights, title and interest in and to the certain property situated in the City of Fort Meyers, Lee County, State of Florida described more particularly in Exhibit A to the complaint ("Property") and turnover of the property with profits or proceeds thereof paid to Defendant.  *See* Dkt. No. 1.

2.   On or about October 24, 2013, this Court issued summons on Defendant.  The summons was served on Defendant by United States Mail on or about October 31, 2013, and the Certificate of Service was filed with the Court on January 29, 2014.  *See* Dkt. No. 14.

3.   The deadline for defendant to file an answer or otherwise respond to the Complaints was November 25, 2013.  *See* FRBP 7012.

4.   The Defendant has failed to file an answer or other response to the Complaint or plead or otherwise defend the claims in the Complaint.  *See* Docket *en passim*.

5.   Pursuant to FRCP 55(a), when a "party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

6.   A declaration of Jonathan S. Dabbieri in support of this request is filed concurrently herewith.

WHEREFORE, the Plaintiff requests the Clerk of the Court enter Compass' default.

Dated:   January 30, 2014

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By:    */s/ Jonathan S. Dabbieri*
James P. Hill
Jonathan S. Dabbieri
Elizabeth E. Stephens
Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

- 2 -

359678-v1